**DENIED BY ORDER OF THE COURT**

**MUSICK, PEELER & GARRETT LLP**
333 South Hope Street, Suite 2900
Los Angeles, California 90071-3048
Telephone (213) 629-7600
Facsimile (213) 624-1376

William A. Bossen (State Bar No. 131438)
  w.bossen@musickpeeler.com
Ron E. Torres (State Bar No. 316818)
  r.torres@musickpeeler.com

Attorneys for Plaintiffs CECELIA COLE, TRUSTEE of Coal Trust #101 Trust B and of Cecelia Cole Living Trust; PRIYA RANA KAPOOR DARNBOROUGH, an individual; and HEERA KAPOOR, an individual

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CECELIA COLE, TRUSTEE of Coal Trust #101 Trust B and of Cecelia Cole Living Trust; PRIYA RANA KAPOOR DARNBOROUGH, an individual; and HEERA KAPOOR, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>RAJU PATEL, an individual; TARA PATEL, an individual; DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 8:24-cv-02132-KES<br><br>Judge: James V. Selna<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO REMAND, OR IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME**<br><br>[Filed Concurrently with *Ex Parte* Application] |

MUSICK, PEELER & GARRETT LLP

Case No. 8:24-cv-02132-KES

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO REMAND, OR IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME

The Court, having heard the *Ex Parte* Application to Remand Action to Superior Court and Request for Attorney's Fees and Costs, or in the alternative, for An Order Shortening Time, of Plaintiffs CECELIA COLE, TRUSTEE of Coal Trust #101 Trust B and of Cecelia Cole Living Trust; PRIYA RANA KAPOOR DARNBOROUGH; and HEERA KAPOOR ("Plaintiffs"), and having considered the moving, opposing, and reply papers, and argument presented at the hearing, and good cause appearing, hereby ORDERS as follows:

1. Plaintiffs' Motion to Remand Action to Superior Court is hereby GRANTED;

2. The above-referenced action is hereby remanded to the Orange County Superior Court, to immediately resume as Case No. 30-2024-01410657-CU-UD-CJC. Any stay in the proceedings shall hereby be lifted, and the lower court is ordered to proceed with the unlawful detainer action accordingly;

3. Plaintiffs' Request for Attorney's Fees and Costs is hereby GRANTED;

4. Defendants RAJU PATEL and TARA PATEL, along with their attorney of record, Frank Weiser, are hereby ORDERED to pay Plaintiffs the total amount of $_____ for the attorney's fees and costs incurred in connection with filing the instant motion. This award for attorney's fees is jointly and severally ordered against Defendants and their counsel of record.

**OR**

1. Plaintiffs' *Ex Parte* Application is GRANTED in part and DENIED in part.

2. Plaintiffs' Motion to Remand Action to Superior Court is hereby scheduled, on shortened time, to _____.

/ / /

/ / /

/ / /

MUSICK, PEELER & GARRETT LLP

Case No. 8:24-cv-02132-KES

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO REMAND, OR IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME

**IT IS SO ORDERED.**

DATED: November 8, 2024

**DENIED**
BY ORDER OF THE COURT

Hon. James V. Selna

Denied without prejudice to a noticed motion.  JVS November 08, 2024

MUSICK, PEELER & GARRETT LLP

Case No. 8:24-cv-02132-KES

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO REMAND, OR IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME